Allen DAVIDSON, Appellant

v.

STATE of Missouri, Respondent.

No. WD 66324.

Missouri Court of Appeals,
Western District.

Oct. 10, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 21, 2006.

Allen Davidson, Cameron, pro se.

Emily A. Dodge, Jefferson City, MO, for
Respondent.

Before HAROLD L. LOWENSTEIN, P.J., PAUL M. SPINDEN, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Allen Davidson appeals from the judgment of the trial court dismissing his petition for declaratory judgment. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).